UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APTARGROUP, INC., <u>et al.</u>,

                Plaintiffs,

   -v-

ARS PHARMACEUTICALS, <u>et al.</u>,

                Defendants.

CIVIL ACTION NO. 25 Civ. 2545 (DEH) (SLC)

**<u>SEALING ORDER</u>**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff's request at Dkt. No. 73 to redact portions of the transcript of the conference held on November 20, 2025 is GRANTED.  The Transcript at Dkt. No. 61 shall remail visible only to the selected parties.

The Clerk of Court is respectfully directed to close Dkt. No. 73.

Dated:     New York, New York
           December 18, 2025

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**