UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APTARGROUP, INC., et al.,

                            Plaintiffs,

     -v-                                                CIVIL ACTION NO. 25 Civ. 2545 (DEH) (SLC)

ARS PHARMACEUTICALS, et al.,                            **ORDER**

                            Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic status conference held today, January 14, 2026 (the "Conference"), the Court orders as follows:

1. The substantial completion deadline for the following outstanding discovery items shall be **Friday, February 27, 2026**:

   a. Plaintiffs' production of communications between Plaintiffs and Defendants regarding Plaintiffs' trade secrets or confidential information; and

   b. Defendants' production of third-party communications that are subject to the search terms agreed on by the parties, including both documents possessed by Defendants and by the independent contractor discussed during the Conference.

2. A telephonic status conference is scheduled for **Tuesday, February 24, 2026 at 3:30 p.m. ET** on the Court's conference line.  The parties are directed to call: (855) 244-8681; access code:  2308 226 4654, at the scheduled time.

3. By **Thursday, February 19, 2026**, the parties shall file a joint status letter, limited to 1,000 words, identifying any issues ripe for the Court's attention at that time.

4. By **Tuesday, January 20, 2026**, the parties shall order a copy of the transcript of the Conference using the annexed form.

Dated:      New York, New York
            January 14, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u>  The transcript will be delivered to your office and you will be  invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for  the transcription services described herein. This form should not be submitted for the purpose of obtaining  a price estimate.
**NOTE:**  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE  SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|