UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| APTARGROUP, INC., et al., | |
| Plaintiffs, | |
| -v- | CIVIL ACTION NO. 25 Civ. 2545 (DEH) (SLC) |
| ARS PHARMACEUTICALS, et al., | **ORDER** |
| Defendants. | |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic status conference held today, February 24, 2026 (the "Conference"), the Court orders as follows:

1. By **Monday, March 2, 2026**, the parties shall file for the Court's review a joint letter attaching the list of agreed search terms and the resulting hits.

2. A telephonic status conference is scheduled for **Monday, March 9, 2026 at 3:30 p.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

3. By **Friday, February 27, 2026**, the parties shall order a copy of the transcript of the Conference using the annexed form.

Dated:      New York, New York
            February 24, 2026

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:

(prices listed are per page)

| Daily $7.30 | ◯ | 3 Day $6.55 | ◯ | 7 Day $5.85 | ◯ | 14 Day $5.10 | ◯ | 30 Day $4.40 | ◯ |
|---|---|---|---|---|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|