UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APTARGROUP, INC., et al.,

                              Plaintiffs,

   -v-                                                    CIVIL ACTION NO. 25 Civ. 2545 (DEH) (SLC)

ARS PHARMACEUTICALS, et al.,                              **ORDER**

                              Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic status conference held today, March 9, 2026 (the "Conference"), the Court orders as follows:

1. By **Friday, March 27, 2026**, Defendants shall:

   a. produce the three categories of documents described in Defendants' status letter at Dkt. No. 87, and

   b. with respect to the 1,100 documents that are external communications (and family members) with the specified third parties resulting from the search terms agreed by the parties (see Dkt. Nos. 77; 87; 88) (the "1,100 Documents"), Defendants shall inform Plaintiffs how many of the 1,100 Documents they contend are NOT responsive because they, inter alia, contain "mishits" or "generic uses of terms."  (Dkt. No. 87 at 2).

2. A telephonic status conference is scheduled for **Wednesday, April 8, 2026 at 3:00 p.m. ET** on the Court's conference line.  The parties are directed to call: (855) 244-8681; access code:  2308 226 4654, at the scheduled time.

3. By **Thursday, March 12, 2026**, the parties shall order a copy of the transcript of the

Conference using the annexed form.

Dated:       New York, New York
             March 9, 2026

                              SO ORDERED.

                              SARAH L. CAVE
                              **United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ◯ | ◯ | ◯ | ◯ | ◯ |

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|