UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APTARGROUP, INC., et al.,

                    Plaintiffs,

    -v-

ARS PHARMACEUTICALS, et al.,

                    Defendants.

CIVIL ACTION NO. 25 Civ. 2545 (DEH) (SLC)

**SEALING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff's request at Dkt. No. 92 to redact portions of the transcript of the conference held on February 24, 2026 is GRANTED.  The transcript at Dkt. No. 82 shall remail visible only to the Court and the selected parties.

The Clerk of Court is respectfully directed to close Dkt. No. 92.

Dated:     New York, New York
            March 19, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**