UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APTARGROUP, INC., et al.,

               Plaintiffs,

    -v-

ARS PHARMACEUTICALS, et al.,

               Defendants.

CIVIL ACTION NO. 25 Civ. 2545 (DEH) (SLC)

**SEALING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiffs' motion to seal portions of their motion for leave to file a First Amended Complaint and Proposed First Amended Complaint at Dkt. Nos. 108–09 is GRANTED. Plaintiffs' filings at Dkt. Nos. 105, 106, and 111 shall remain sealed.

The Clerk of Court is respectfully directed to close Dkt. No. 108.

Dated:     New York, New York
          May 6, 2026

                    SO ORDERED.

                    _____
                    **SARAH L. CAVE**
                    **United States Magistrate Judge**