UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APTARGROUP, INC., et al.,

                              Plaintiffs,

        -v-                                           CIVIL ACTION NO. 25 Civ. 2545 (DEH) (SLC)

ARS PHARMACEUTICALS, et al.,                          **ORDER**

                              Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic status conference held today, May 12, 2026 (the "Conference"), the Court orders as follows:

1.  By **Friday, May 15, 2026**, Plaintiffs shall provide to Defendants an updated response to Interrogatory No. 5 concerning Plaintiffs' trade secrets.

2.  By **Monday May 18, 2026**, Defendants shall provide Plaintiffs with hit report showing deduping of (i) the third-party contractor search string, and (ii) the "actuat*" and "force*" search string against Defendants' anticipated review population of approximately 125,000 documents.

3.  The parties shall meet and confer to finalize Defendants' responses to Plaintiff's requests for production and potential revisions to the Protective Order before the next conference.

4.  A telephonic discovery status conference is scheduled for **Thursday, May 28, 2026 at 2:15 p.m. ET** on the Court's conference line.  The parties are directed to call: (855) 244-8681; access code:  2308 226 4654 at the scheduled time.

5. By **5:00 p.m. on Friday, May 26, 2026**, the parties shall file a letter, preferably joint, not to exceed 1,250 words, identifying any discovery issues ripe for the Court's attention at that time.  If the parties are unable to agree on a joint letter, they may each file a letter of no longer than 750 words.

6. By **Friday, May 15, 2026**, the parties shall order a copy of the transcript of the Conference using the annexed form.

Dated:       New York, New York
             May 12, 2026

                              SO ORDERED.

                              SARAH L. CAVE
                              **United States Magistrate Judge**

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
NOTE: CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|