UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APTARGROUP, INC., et al.,

                          Plaintiffs,

      -v-                                                    CIVIL ACTION NO. 25 Civ. 2545 (DEH) (SLC)

ARS PHARMACEUTICALS, et al.,                                 **ORDER**

                          Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic status conference held today, May 28, 2026, the Court orders as follows:

1.  Plaintiffs' request that the Court order Defendants to produce documents captured by the revised Pacific-Link and Renaissance search string (see Dkt. No. 125 at 2) is GRANTED, except that Defendants are not required to produce SEC filings, invoices, and meeting invites.

2.  Defendants' request to add Alex Theodorakis as an ESI custodian is GRANTED to the extent that the parties shall meet and confer to agree on search terms focused on the correspondence in which he was involved as alleged in the Complaint. (See Dkt. No. 1 ¶¶ 241–47). Defendants' request to add Christophe Fagot as an ESI custodian is DENIED.

3.  Plaintiffs' request to add Justin Chakma as an ESI custodian is GRANTED to the extent that the parties shall meet and confer to agree on search terms related to Mr. Chakma's involvement with revisions to the August 2024 joint press release

referenced in the Complaint.  (Dkt. No. 1 ¶¶ 237–38).  Plaintiffs' request to add Eric Karas as an ESI custodian is DENIED.

4.  A telephonic discovery status conference is scheduled for **Friday, June 26, 2026 at 3:00 p.m. ET** on the Court's conference line.  The parties are directed to call: (855) 244-8681; access code:  2308 226 4654 at the scheduled time.

5.  By **5:00 p.m. on Tuesday, June 23, 2026**, the parties shall file:

   a.   a letter, preferably joint, not to exceed 1,250 words, identifying any discovery issues ripe for the Court's attention at that time.  If the parties are unable to agree on a joint letter, they may each file a letter of no longer than 750 words, and

   b.  a proposed revised case management plan.

6.  By **Monday, June 1, 2026**, the parties shall order a copy of the transcript of today's conference using the annexed form.

Dated:      New York, New York
            May 28, 2026

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2