UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APTARGROUP, INC., et al.,

                    Plaintiffs,

    -v-                                                CIVIL ACTION NO. 25 Civ. 2545 (DEH) (SLC)

ARS PHARMACEUTICALS, et al.,                                     **ORDER**

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Based on a change in the Court's calendar, the telephonic discovery status conference scheduled for **Friday, June 26, 2026** at 3:00 p.m. is **RESCHEDULED to 10:00 a.m. ET on the same day.** The parties are directed to call: (855) 244-8681; access code:  2308 226 4654 at the scheduled time.

Dated:      New York, New York
            May 29, 2026

                                        SO ORDERED.


                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**