UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APTARGROUP, INC., <u>et al.</u>,

                Plaintiffs,

    -v-

ARS PHARMACEUTICALS, <u>et al.</u>,

                Defendants.

CIVIL ACTION NO. 25 Civ. 2545 (DEH) (SLC)

**<u>ORDER</u>**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic status conference held today, June 26, 2026 (the "Conference"), the Court orders as follows:

1. By **June 30, 2026**, the parties shall order the transcript of the Conference using the annexed form.

2. By **July 6, 2026**:

   a. a. Plaintiffs shall screen their existing document collection, numbering approximately 180,000 individual documents, for the names of their four competitors identified in their response to interrogatory 13 (<u>see</u> Dkt. No. 134 Ex. D) and provide to Defendants the number of documents that contain one or more of those names; and

   b. Defendants shall file their answer to Plaintiffs' Amended Complaint. (Dkt. No. 112-1).

3. By **July 8, 2026**, Plaintiffs shall supplement their responses to Defendants' interrogatories 1 and 2.

4. By **July 17, 2026**, the parties shall file a letter, preferably joint, not to exceed 1,000 words, concerning the status of document discovery.  If the parties are unable to agree on a joint letter, they may each file a letter of no longer than 500 words.

5. By **August 3, 2026**, Plaintiffs shall supplement their responses to Defendants' interrogatories 5, 9, 10, and 11.

6. The parties' obligation to supplement their responses to all interrogatories continues through the end of fact discovery.

7. Plaintiffs shall run the agreed search terms relating to ESI custodian Alex Theodorakis for the period of January 1, 2024 through December 31, 2024 and produce responsive documents by the substantial completion deadline of August 3, 2026.

8. By separate order, the Court will enter an amended case management plan, revised as discussed during the Conference.  (See Dkt. No. 136).

9. A telephonic discovery status conference is scheduled for **August 11, 2026 at 3:00 p.m. ET** on the Court's conference line.  The parties are directed to call: (855) 244-8681; access code: 2308 226 4654 at the scheduled time.

10. A telephonic conference to discuss any requests to exchange reply expert reports is scheduled for **February 4, 2027** at **10:00 a.m. ET** on the Court's conference line.  The parties are directed to call: (855) 244-8681; access code: 2308 226 4654 at the scheduled time.

Dated:       New York, New York
             June 26, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters.  The transcript will be delivered to your office and you will be  invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for  the transcription services described herein. This form should not be submitted for the purpose of obtaining  a price estimate.

**NOTE:**  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE  SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|