UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APTARGROUP, INC. and APTAR FRANCE SAS,

Plaintiffs,

v.

ARS PHARMACEUTICALS, INC. and ARS PHARMACEUTICALS OPERATIONS, INC.,

Defendants

CIVIL ACTION NO.: 25 Civ. 2545 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On June 17, 2026, the Court filed its Opinion & Order granting the motion of Plaintiffs Aptargroup, Inc. and Aptar France SAS (Dkt. No. 105) to amend their complaint. (Dkt. No. 133 (the "MTA Order")). The Court issued the MTA Order temporarily under seal given the confidentiality designations in the parties' filings. (Dkt. No. 133 at 1 n.1). The Court directed the parties to file under seal a single document bearing any proposed redactions for the public filing of the MTA Order. (Dkt. No. 133 at 11).

On June 29, 2026, the parties filed a copy of the MTA Order bearing proposed redactions. (Dkt. No. 141-1). The Court accepts the parties' proposed redactions and will issue, by separate Order, a redacted version of the MTA Order available to the public. The MTA Order at Dkt. No. 133 shall remain visible to the Court and the parties only.

Dated: New York, New York
July 7, 2026

SO ORDERED.

SARAH L. CAVE
United States Magistrate Judge