UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APTARGROUP, INC., et al.,

Plaintiffs,

-v-

ARS PHARMACEUTICALS, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 2545 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic status conference held today, August 11, 2026 (the "Conference"), the Court orders as follows:

1. The letter motion of Plaintiffs AptarGroup Inc. and Aptar France SAS (together ("Aptar")) for a protective order preventing Defendants ARS Pharmaceuticals, Inc. and ARS Pharmaceuticals Operations, Inc. (together ("ARS")) from calling Dr. Michael Lusty as an expert is **DENIED AS MOOT** given ARS's representation during the Conference that they no longer have any intention of calling Dr. Lusty as an expert. (Dkt. Nos. 152, 156).
2. ARS represented that they have completed their review and production of responsive FDA-related documents. (See Dkt. No. 162 at 1).
3. Aptar shall conduct a reasonable search for and produce pre-2018 confidentiality agreements and policies regarding the disclosure of UDSl trade-secret information.
4. Aptar shall apply, to their present production, ARS's proposed search string regarding the UDSI and competitors' names and provide ARS with a hit count of the number of

documents in its production to date that correspond with that search string (the "Aptar Hit Report").

5. ARS shall provide Aptar with additional information regarding its implementation of the search terms for documents responsive to requests concerning Aptar's trade secrets (the "ARS Search Term Information").

6. The parties shall meet and confer regarding:

    a. Aptar's request that ARS search for documents and information concerning pre-2018 disclosure by ARS of Aptar's trade secret information.

    b. Coordinating the discovery schedule as it relates to both the present matter and the matter currently pending at ARS Pharmaceuticals Operations, Inc. v. AptarGroup, Inc., No. 26 Civ. 6319 (DEH) (SLC) (S.D.N.Y.).

    c. The Aptar Hit Report and the ARS Search Term Information.

7. By **August 14, 2026**, the parties shall order the transcript of the Conference using the annexed form.

8. By **August 21, 2026**, Aptar shall provide to the Court for in camera review, via the Court's file share link, a list of all contract manufacturing organizations and customers with whom Aptar shared trade secret information concerning the UDSI.

9. A telephonic discovery status conference is scheduled for **August 25, 2026 at 4:00 p.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654 at the scheduled time.

The Clerk of Court is respectfully directed to close Dkt. Nos. 152 and 156.

Dated: New York, New York
August 11, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**