Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

T +1 212.872.1000
F +1 212.872.1002
akingump.com

Akin

August 24, 2026

VIA ELECTRONIC COURT FILING

Honorable Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

Re: *AptarGroup, Inc. v. ARS Pharmaceuticals, Inc*., C.A. No. 1:25-cv-02545-DEH-SLC [rel. C.A. No. 1:26-cv-06319-DEH-SLC]

Joint Letter Regarding Coordination of Cases

Dear Magistrate Judge Cave:

Plaintiffs AptarGroup Inc. and Aptar France, SAS ("Plaintiffs") and Defendants ARS Pharmaceuticals, Inc. and ARS Pharmaceuticals Operations, Inc. ("Defendants"), respectfully submit this joint letter to provide an update on the status of scheduling negotiations in advance of the conference with the Court scheduled for Tuesday, August 25, 2026.

The parties had a meet-and-confer on August 14 regarding the discovery schedules for the trade secret action (C.A. No. 1:25-cv-02545-DEH-SLC) and the antitrust action (C.A. No. 1:26-cv-06319-DEH-SLC). On August 19, ARS sent Aptar a proposed revised case schedule for the trade secret action and requested Aptar's position. Aptar responded on August 21 with a counterproposal regarding the extension of deadlines and sought a further meet and confer. The parties met and conferred again on August 24 and have agreed in principle that the schedule in the trade secret action should be extended in light of the related antitrust action. Aptar intends to provide a revised proposed schedule for ARS's consideration by August 27, 2026. The parties expect to submit a joint proposed Second Amended Case Management Plan for the Court's approval.

Respectfully submitted,

Akin



AKIN GUMP STRAUSS HAUER & FELD LLP

By: /s/ *Caitlin E. Olwell*

Katherine R. Goldstein
Caitlin E. Olwell
John C. Murphy
AKIN GUMP STRAUSS HAUER & FELD LLP
Bank of America Building
1 Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Fax: (212) 872-1002
kgoldstein@akingump.com
colwell@akingump.com
jmurphy@akingump.com

Steven D. Maslowski (admitted *pro hac vice*)
Ruben H. Munoz (admitted *pro hac vice*)
Karina J. Moy (admitted *pro hac vice*)
Nia Kyritsis (admitted *pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
1735 Market Street, 12th Floor
Philadelphia, PA 19103
Telephone: (215) 965-1200
Fax: (215) 965-1210
smaslowski@akingump.com
rmunoz@akingump.com
kmoy@akingump.com
nkyritsis@akingump.com

Anthony T. Pierce (admitted *pro hac vice*)
Golda Lai
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Fax: (202) 887-4288

COOLEY LLP

By: /s/ *Laura Elliott*

Philip M. Bowman
Brian Golger
Rona Proper
Angela Jacob
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Fax: (212) 479-6275
pbowman@cooley.com
bgolger@cooley.com
rproper@cooley.com
ajacob@cooley.com

Chad Shear (*pro hac vice*)
Kenneth Rollins (*pro hac vice*)
COOLEY LLP
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone: (858) 550-6000
Fax: (858) 550-6420
cshear@cooley.com
krollins@cooley.com

Laura Elliott (*pro hac vice*)
COOLEY LLP
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606-1511
Telephone: (312) 881-6500
Fax: (312) 881-6598
lelliott@cooley.com

Akin



apierce@akingump.com
laig@akingump.com

*Attorneys for Plaintiffs AptarGroup, Inc. and Aptar France SAS*

*Attorneys for Defendants ARS Pharmaceuticals, Inc. and ARS Pharmaceuticals Operations, Inc.*