UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APTARGROUP, INC., et al.,

Plaintiffs,

-v-

ARS PHARMACEUTICALS, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 2545 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic status conference held today, August 25, 2026 (the "Conference"), the Court orders as follows:

1. The parties shall continue to meet and confer regarding their proposed revised Case Management Plan (see Dkt. No. 167), and the potential consolidation of this action with the action captioned ARS Pharmaceuticals Operations, Inc. v. AptarGroup, Inc., No. 26 Civ. 6319 (DEH) (SLC) (S.D.N.Y.).
2. By **August 28, 2026**, the parties shall order the transcript of the Conference using the annexed form.
3. By **September 4, 2026**:
   a. Plaintiffs AptarGroup Inc. and Aptar France SAS (together ("Aptar")) shall provide Defendants ARS Pharmaceuticals, Inc. and ARS Pharmaceuticals Operations, Inc. (together ("ARS")) with an updated response to ARS's Interrogatory No. 1 and shall update that response every two weeks thereafter.

b. The parties shall file a joint status letter, not to exceed 750 words, addressing the items in the August 11, 2026 post-conference order (Dkt. No. 163), and the matters discussed during today's Conference.

4. A telephonic discovery status conference is scheduled for **September 17, 2026 at 4:00 p.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654 at the scheduled time.

Dated: New York, New York
August 25, 2026

SO ORDERED.

Sarah L Cave

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| Case Caption | |
|---|---|

| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
|---|---|---|
| | | |

## INDICATE SERVICE:

(prices listed are per page)

| Daily $7.30 ○ | 3 Day $6.55 ○ | 7 Day $5.85 ○ | 14 Day $5.10 ○ | 30 Day $4.40 ○ |
|---|---|---|---|---|

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL