Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

T +1 212.872.1000
F +1 212.872.1002
akingump.com

Akin

September 4, 2026

VIA ELECTRONIC COURT FILING

Honorable Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

Re: *AptarGroup, Inc. v. ARS Pharmaceuticals, Inc*., C.A. No. 1:25-cv-02545-DEH-SLC [rel. C.A. No. 1:26-cv-06319-DEH-SLC]

Dear Magistrate Judge Cave:

Plaintiffs AptarGroup Inc. and Aptar France, SAS ("Plaintiffs") and Defendants ARS Pharmaceuticals, Inc. and ARS Pharmaceuticals Operations, Inc. ("Defendants"), respectfully submit this joint letter pursuant to the Court's Order dated August 25, 2026 (D.I. 168).

The parties agree to consolidate the trade secret case (No. 1:25-cv-02545-DEH-SLC) and the antitrust case (No. 1:26-cv-06319-DEH-SLC). We respectfully request Your Honor's guidance as to what the parties should file to effectuate consolidation. The parties have also agreed to a revised case schedule for the consolidated case, which is provided below. The parties will continue to meet and confer regarding the remaining terms of the Case Management Plan (D.I. 139).

| Event | Current Date | Aptar's Proposed Date |
|---|---|---|
| Substantial completion of document discovery for antitrust case | N/A | Fri., November 20, 2026 |
| Exchange of privilege logs for antitrust case | N/A | Mon., December 21, 2026 |
| Deadline to serve RFAs, interrogatories, and RFPs | September 2, 2026 (for RFAs)<br>September 30, 2026 (for rogs, RFPs) | Mon., January 18, 2027 |
| Completion of fact discovery | October 30, 2026 | Tues., February 16, 2027 |
| Identification of affirmative experts and general topics of testimony | October 30, 2026 | Tues., February 16, 2027 |

Akin

September 4, 2026
Page 2

| | | |
|---|---|---|
| Joint letter certifying that fact discovery is complete | November 6, 2026 | Tues., February 23, 2027 |
| Opening expert reports due | December 4, 2026 | Wed., March 17, 2027 |
| Rebuttal expert reports due | January 14, 2027 | Tues., April 20, 2027 |
| Conference regarding the necessity of reply expert reports | February 4, 2027 | Tues., May 4, 2027 |
| Completion of expert discovery | March 4, 2027 | Thurs., Jun 10, 2027 |
| Joint letter certifying that all discovery is complete | March 11, 2027 | Thurs., Jun 17, 2027 |
| Motions for summary judgment / Daubert motions | April 5, 2027 | Thurs., July 8, 2027 |
| Oppositions to motions for summary judgment / Daubert oppositions | May 3, 2027 | Thurs., August 5, 2027 |
| Replies in support of motions for summary judgment / Daubert replies | May 17, 2027 | Thurs., August 19, 2027 |
| Anticipated readiness for trial | September 13, 2027 | Mon., November 8, 2027 |
| Anticipated trial length | 8 days | 10 days (consolidated) |

**Defendants' Discovery Issues**

Aptar's claims hinge on its assertion that its competitors cannot make a generic version of the UDSl without Aptar's purported trade secret and confidential information. Despite the centrality of this issue, Aptar refuses to produce thousands of documents discussing the UDSl and the competitors Aptar identified in its May 29 response to ARS's Interrogatory No. 13—served months after the parties agreed to their initial search terms. Aptar objected that ARS's original proposed search—designed to capture references to competitors whose names were ***not*** included in the initial searches due to Aptar's failure to timely identify them—was insufficiently tailored to the UDSl. ARS has since revised the search to address Aptar's concern. Aptar's only other articulated basis for objection is that its production already contains the documents sought. However, Aptar's hit reports (Exhibits A and B) confirm that Aptar has produced only 1,655 of the 4,831 documents referencing Aptar's competitors, nearly all of which should be responsive. Aptar's failure to produce these indisputably relevant documents demonstrates the insufficiency of its prior searches and is both baseless and prejudicial. ARS respectfully requests that the Court instruct Aptar to run ARS's narrowed search term and produce all responsive hits.

**Plaintiffs' Position**

Akin



Six months ago, Aptar agreed to apply a search string to identify documents relating to its competitors. The search string was comprehensive: in addition to incorporating the names of Aptar's competitors, it included a broad catch-all term, ***compet****. Appropriately, ARS did not ask Aptar to identify its competitors and represented that ARS did not anticipate needing additional search terms on this topic. Since June 2026, however, ARS has twice asked the Court to order Aptar to review hits on a second broad search string related to Aptar's competitors, which would add up to 17,937 documents (about 10% of Aptar's review burden to date) to Aptar's review. D.I. 134; D.I. 147. Your Honor has twice declined this request and thrice ordered Aptar to instead provide a hit report on the newly proposed search. D.I. 140; D.I. 163; Aug. 25, 2026 Hr. Tr. at 4:8-20. ARS now makes the same request for a third time. ARS apparently is dissatisfied with the number of documents produced by Aptar in response to the first string, but ARS has not explained why it needs additional documents at all or why its prior search string is insufficient. The Court should deny ARS's request as it has done twice before.

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

By: /s/ *Caitlin E. Olwell*

Katherine R. Goldstein
Caitlin E. Olwell
John C. Murphy
AKIN GUMP STRAUSS HAUER & FELD LLP
Bank of America Building
1 Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Fax: (212) 872-1002
kgoldstein@akingump.com
colwell@akingump.com
jmurphy@akingump.com

COOLEY LLP

By: /s/ *Laura Elliott*

Brian Golger
Rona Proper
Angela Jacob
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Fax: (212) 479-6275
bgolger@cooley.com
rproper@cooley.com
ajacob@cooley.com

Chad Shear (*pro hac vice*)

Akin



Steven D. Maslowski (admitted *pro hac vice*)
Ruben H. Munoz (admitted *pro hac vice*)
Karina J. Moy (admitted *pro hac vice*)
Nia Kyritsis (admitted *pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
1735 Market Street, 12th Floor
Philadelphia, PA 19103
Telephone: (215) 965-1200
Fax: (215) 965-1210
smaslowski@akingump.com
rmunoz@akingump.com
kmoy@akingump.com
nkyritsis@akingump.com

Anthony T. Pierce (admitted *pro hac vice*)
Golda Lai
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Fax: (202) 887-4288
apierce@akingump.com
laig@akingump.com

*Attorneys for Plaintiffs AptarGroup, Inc. and Aptar France SAS*

Kenneth Rollins (*pro hac vice*)
COOLEY LLP
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone: (858) 550-6000
Fax: (858) 550-6420
cshear@cooley.com
krollins@cooley.com

Laura Elliott (*pro hac vice*)
COOLEY LLP
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606-1511
Telephone: (312) 881-6500
Fax: (312) 881-6598
lelliott@cooley.com

*Attorneys for Defendants ARS Pharmaceuticals, Inc. and ARS Pharmaceuticals Operations, Inc.*