UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APTARGROUP, INC., et al.,

Plaintiffs,

-v-

ARS PHARMACEUTICALS, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 2545 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic status conference held September 17, 2026 (the "Conference"), the Court orders as follows:

1. The parties shall submit a proposed stipulation to the attention of the Honorable Dale E. Ho regarding the consolidation of this action with the action captioned ARS Pharmaceuticals Operations, Inc. v. AptarGroup, Inc., No. 26 Civ. 6319 (DEH) (SLC) (S.D.N.Y.) (the "Antitrust Case").

2. The Court **ADOPTS** the parties' proposed amended Case Management Plan (Dkt. No. 173) as follows:

| **Event** | **Date** |
|---|---|
| Substantial completion of document discovery for the Antitrust Case | November 20, 2026 |
| Exchange of privilege logs for the Antitrust Case | December 21, 2026 |
| Deadline to serve RFAs, interrogatories, and RFPs | January 18, 2027 |

| | |
|---|---|
| Completion of fact discovery | February 16, 2027 |
| Identification of affirmative experts and general topics of testimony | February 16, 2027 |
| Joint letter certifying that fact discovery is complete | February 23, 2027 |
| Opening expert reports due | March 17, 2027 |
| Rebuttal expert reports due | April 20, 2027 |
| Conference regarding the necessity of reply expert reports | May 4, 2027 |
| Completion of expert discovery | Jun 10, 2027 |
| Joint letter certifying that all discovery is complete | Jun 17, 2027 |
| Motions for summary judgment / Daubert motions | July 8, 2027 |
| Oppositions to motions for summary judgment / Daubert oppositions | August 5, 2027 |
| Replies in support of motions for summary judgment / Daubert replies | August 19, 2027 |
| Anticipated readiness for trial | November 8, 2027 |
| Anticipated trial length | Ten days (consolidated) |

3. As to Interrogatory 13 to Plaintiffs AptarGroup Inc. and Aptar France SAS (together ("Aptar")), Aptar shall run and provide to Defendants ARS Pharmaceuticals, Inc. and ARS Pharmaceuticals Operations, Inc. (together ("ARS")) the following hit report (the "Hit Report") using the names of Competitors 3 & 4 (referenced during the Conference):

   a. w/10 of the USDI terms in ARS's search string; and

   b. w/25 of the USDI terms in ARS's search string.

4. ARS's request that Aptar supplement its responses to Interrogatories 9 & 10 is **DENIED**.

5. By **September 22, 2026**:

   a. the parties shall order the transcript of the Conference using the annexed form.

   b. Aptar shall provide to the Court for in camera review, via the Court's file share link, the 61 pages of documents containing the code name discussed during the Conference.

6. By **September 23, 2026**, Aptar shall provide ARS with the Hit Report.

7. As to ARS's request that Aptar produce approximately 12 supply agreements, by **September 30, 2026**, ARS shall serve on Aptar a supplemental interrogatory seeking the key categories of information as to each of the supply agreements. Aptar is not at this time required to produce the supply agreements.

8. By **October 9, 2026 at 5:00 p.m. ET**, the parties shall file a joint status letter (the "JSL"), limited to 1,050 words, identifying any issues ripe for the Court's attention at that time. Unless the Court directs otherwise, the parties may not file any submissions other than the JSL in advance of the conference scheduled in the next paragraph.

9. A telephonic discovery status conference is scheduled for **October 14, 2026 at 12:00 p.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654 at the scheduled time.

Dated: New York, New York
September 18, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Request for the production of a transcript from an electronic recording**

Send one request per completed form to:

# **etranscripts@nysd.uscourts.gov**

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| | |
|---|---|
| Case Caption | |

| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
|---|---|---|
| | | |

**INDICATE SERVICE:**
(prices listed are per page)

| | | | | |
|---|---|---|---|---|
| Daily $7.30 ○ | 3 Day $6.55 ○ | 7 Day $5.85 ○ | 14 Day $5.10 ○ | 30 Day $4.40 ○ |

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET | PRINT | SAVE | EMAIL