UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APTARGROUP, INC., et al.,

Plaintiffs,

-v-

ARS PHARMACEUTICALS, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 2545 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to Dkt. No. 178, Defendants ARS Pharmaceuticals, Inc. and ARS Pharmaceuticals Operations, Inc. (together, "ARS") submitted 61 documents (the "Documents") that hit on the search term Plaintiffs AptarGroup Inc. and Aptar France SAS (together, "Aptar") requested concerning "code names" ARS used to identify internal projects or associated with neffy's delivery system. (Dkt. Nos. 177 at 1; 178 ¶ 5(b)).

The Court has conducted an in camera review of the Documents and agrees with ARS's assessment that, although the Documents hit on Aptar's search term, they are not responsive and ARS is not required to produce them. (Dkt. No. 176 at 2).

Dated: New York, New York
September 22, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**