UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APTARGROUP, INC., et al.,

Plaintiffs,

-v-

ARS PHARMACEUTICALS, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 2545 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic status conference held October 14, 2026 (the "Conference"), the Court orders as follows:

1. Aptar's request that the Court direct ARS to refrain from speaking to its customers regarding the pending third-party subpoenas (the "Subpoenas") is **DENIED**.
2. The parties shall meet and confer regarding Aptar's requests (the "Requests") that: (i) ARS produce all communications between Silgan Dispensing Systems and Richard Lowenthal or Brian Dorsey for the time period of 2018 through 2025; and (ii) Mr. Lowenthal and Mr. Dorsey provide declarations.
3. By **October 19, 2026,** the parties shall order a transcript of the Conference using the annexed form.
4. By **October 23, 2026 at 5:00 p.m. ET**, the parties shall file a joint status letter (the "JSL"), limited to 1,050 words, regarding the Subpoenas, the Requests, and identifying any other issues ripe for the Court's attention at that time. Unless the Court directs

otherwise, the parties may not file separate submissions other than the JSL in advance of the conference scheduled in the next paragraph.

5. A telephonic discovery status conference is scheduled for **October 27, 2026 at 11:15 a.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654 at the scheduled time.

Dated: New York, New York
October 14, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ____________________

| | |
|---|---|
| Case Caption | |

| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
|---|---|---|
| | | |

## INDICATE SERVICE:

(prices listed are per page)

| | | | | |
|---|---|---|---|---|
| Daily $7.30 ○ | 3 Day $6.55 ○ | 7 Day $5.85 ○ | 14 Day $5.10 ○ | 30 Day $4.40 ○ |

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL