UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APTARGROUP, INC., et al.,

Plaintiffs,

-v-

ARS PHARMACEUTICALS, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 2545 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court's Order at Dkt. No. 192 is **AMENDED** as follows:

1. ARS's request that the Court direct Aptar to refrain from speaking to its customers regarding the pending third-party subpoenas (the "Subpoenas") is **DENIED**.

Dated: New York, New York
October 15, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**