UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APTARGROUP, INC., et al.,

Plaintiffs,

-v-

ARS PHARMACEUTICALS, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 2545 (DEH) (SLC)

ARS PHARMACEUTICALS OPERATIONS, INC.,

Plaintiff,

-v-

APTARGROUP, INC.,

Defendant.

CIVIL ACTION NO. 26 Civ. 6319 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge

The Court held a telephone conference on October 27, 2026 (the "Conference") in AptarGroup, Inc., et al. v. ARS Pharmaceuticals, et al., No. 25 Civ. 2545 (DEH) (SLC) (S.D.N.Y.) (the "Trade Secrets Case") and ARS Pharmaceuticals Operations, Inc. v. AptarGroup, Inc., No. 26 Civ. 6319 (DEH) (SLC) (S.D.N.Y.) (the "Antitrust Case"), to discuss the status of discovery. Following the Conference, the Court **ORDERS** the following:

1. In the Trade Secrets Case:

   a. Aptar's request for declarations from Brian Dorsey ("Dorsey") and Richard Lowenthal ("Lowenthal") regarding the preservation of documents (the "Declarations") is **DENIED WITHOUT PREJUDICE** for the reasons stated during

the Conference. (See Dkt. No. 197 at 1–2). The Court finds that Pastorello v. City of New York, No. 95 Civ. 470 (CSH), 2002 WL 31557502 (S.D.N.Y. Nov. 18, 2002), while informative, does not support requiring ARS to provide the Declarations at this time because no depositions have occurred and no motion for spoliation is pending. See id. at *5–6.

b. In the event that upcoming discovery, including ARS' supplemental production of Dorsey's and Lowenthal's communications with Silgan, ARS' letter identifying sources that Dorsey and Lowenthal have identified as potentially containing communications with Silgan, ARS' depositions, and anticipated discovery from Silgan, do not answer Aptar's questions regarding ARS' preservation of communications with Silgan, Aptar may renew its request for the Declarations. (See Dkt. No. 197 at 3–4)

2. In the Antitrust Case:

a. ARS' request that Aptar include Alex Theodorakis and Gregoire Ducasse as ESI custodians is **GRANTED**. (See Dkt. No. 197 at 3).

b. ARS' request to extend the ESI discovery cutoff date (the "ESI Cutoff") to August 25, 2026, is **DENIED**. (See Dkt. No. 197 at 3). Instead, the Court adopts as the ESI Cutoff **September 29, 2025**, the date ARS filed its initial complaint in the Antitrust Case. (See Antitrust Case, Dkt. No. 1).

c. The parties are encouraged to meet and confer to narrow the list of search strings that ARS is asking Aptar to run against the six Aptar custodians.

3. By **October 30, 2026,** the parties shall order a transcript of the Conference using the annexed form.

4. By **November 16, 2026 at 5:00 p.m. ET**, the parties shall file a joint status letter (the "JSL"), limited to 1,050 words, regarding the status of discovery and identifying any other issues ripe for the Court's attention at that time. Unless the Court directs otherwise, the parties may not file separate submissions other than the JSL in advance of the conference scheduled in the next paragraph.

5. A telephonic discovery status conference is scheduled for **November 19, 2026 at 12:00 p.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654 at the scheduled time.

Dated: New York, New York
October 27, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ____________________

| Case Caption | |
|---|---|

| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
|---|---|---|
| | | |

**INDICATE SERVICE:**
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

| | | |
|---|---|---|
| Your Name | | |
| Firm Name | | |
| Address | | |
| City, State | | Zip Code |
| Telephone Number | | |
| E-mail Address | | |

RESET PRINT SAVE EMAIL