UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APTARGROUP, INC., et al.,

Plaintiffs,

-v-

ARS PHARMACEUTICALS, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 2545 (DEH) (SLC)

ARS PHARMACEUTICALS OPERATIONS, INC.,

Plaintiff,

-v-

APTARGROUP, INC.,

Defendant.

CIVIL ACTION NO. 26 Civ. 6319 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge

The Court held a telephone conference on October 14, 2026 (the "Conference") in AptarGroup, Inc., et al. v. ARS Pharmaceuticals, et al., No. 25 Civ. 2545 (DEH) (SLC) (S.D.N.Y.) (the "Trade Secrets Case") and ARS Pharmaceuticals Operations, Inc. v. AptarGroup, Inc., No. 26 Civ. 6319 (DEH) (SLC) (S.D.N.Y.) (the "Antitrust Case") to discuss the status of discovery.

The Court is in receipt of the letter filed by the parties in the Trade Secrets Case at Dkt. No. 220 requesting to seal portions of the transcript of the Conference (Trade Secrets Case, Dkt. No. 194 (the "Trade Secrets Transcript")) to "remove only information that could harm the parties and their business if it were disseminated beyond the parties and the Court." (Trade Secrets Case, Dkt. No. 220 (the "Sealing Request")). Although the Sealing Request does not expressly reference the identical transcript filed in the Antitrust Case, the Court construes the

Sealing Request to extend to that transcript as well. (See Antitrust Case, Dkt. No. 99 (the "Antitrust Transcript", together with the Trade Secrets Transcript, the "Transcripts"))

Given that the "proposed redactions are narrowly tailored[,]" they conform to the Amended Protective Order (Trade Secrets Case, Dkt. No. 132), and "documents containing . . . sensitive business information are routinely sealed in this [D]istrict[,]" Spectrum Dynamics Med. Ltd. v. GE Healthcare Tech, Inc., No. 18 Civ. 1186 (VSB) (KHP), 2026 WL 931622 (S.D.N.Y. Apr. 6, 2026), the Court **APPROVES** the parties' proposed redactions to the Transcripts (Trade Secrets Case, Dkt. No. 220-1), and **GRANTS** the Sealing Request. The Transcripts shall be placed under seal. (See Trade Secrets Case, Dkt. No. 194; Antitrust Case, Dkt. No. 99).

The transcriber is respectfully directed to apply the parties' redactions (Trade Secrets Case, Dkt. No. 220-1) to the Transcripts and docket the redacted version as the publicly viewable Transcript in both the Trade Secrets Case and the Antitrust Case.

The Clerk of Court is respectfully directed to:

1. In the Trade Secrets Case: seal Dkt. No. 194 and close Dkt. No. 220.
2. In the Antitrust Case: seal Dkt. No. 99.

Dated: New York, New York
November 9, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**