Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

T +1 212.872.1000
F +1 212.872.1002
akingump.com

Akin

The parties' request at Dkt. No. 232 is **GRANTED**.

The telephone conference (the "Conference") scheduled for November 19, 2026 at 12:00 p.m. ET is **ADJOURNED** to **December 10, 2026 at 12:00 p.m. ET** on the Court's conference line. (See Dkt. No. 204). The parties are directed to call: (855) 244-8681; access code: 2308 226 4654 at the scheduled time.

By **December 7, 2026 at 5:00 p.m. ET**, the parties shall file a joint status letter (the "JSL"), limited to 1,050 words, regarding the status of discovery and identifying any other issues ripe for the Court's attention at that time. Unless the Court directs otherwise, the parties may not file separate submissions other than the JSL in advance of the Conference

The Clerk of Court is respectfully directed to close Dkt. No. 232.

SO ORDERED. November 17, 2026

SARAH L. CAVE
United States Magistrate Judge

November 16, 2026

VIA ELECTRONIC COURT FILING

Honorable Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

Re: *AptarGroup, Inc. v. ARS Pharmaceuticals, Inc.*, C.A. No. 1:25-cv-02545-DEH-SLC (S.D.N.Y.); *ARS Pharmaceuticals Operations, Inc. v. AptarGroup, Inc.*, C.A. No. 1:26-cv-06319-DEH-SLC (S.D.N.Y.)

Dear Magistrate Judge Cave:

Plaintiffs AptarGroup, Inc. and Aptar France SAS and Defendants ARS Pharmaceuticals, Inc. and ARS Pharmaceuticals Operations, Inc. respectfully request to adjourn the conference scheduled for November 19, 2026. The parties wish to continue discussing disputed issues in an effort to minimize the burden on the Court. The parties have not made any previous requests for adjournment of a conference. Pursuant to the Court's Individual Practices in Civil Cases, and subject to the Court's availability, counsel for the parties are available for the adjourned conference on December 9 and December 10, 2026. The parties also welcome guidance on whether the Court would like the parties to submit letters in advance of any rescheduled discovery status conference.

Respectfully submitted,

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | COOLEY LLP |
| By: /s/ *Caitlin E. Olwell* | By: /s/ *Laura Elliott* |
| Katherine R. Goldstein<br>Caitlin E. Olwell<br>John C. Murphy | Brian Golger<br>Rona Proper<br>Angela Jacob |

Akin



AKIN GUMP STRAUSS HAUER & FELD LLP
Bank of America Building
1 Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Fax: (212) 872-1002
kgoldstein@akingump.com
colwell@akingump.com
jmurphy@akingump.com

Steven D. Maslowski (admitted *pro hac vice*)
Ruben H. Munoz (admitted *pro hac vice*)
Karina J. Moy (admitted *pro hac vice*)
Nia Kyritsis (admitted *pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
1735 Market Street, 12th Floor
Philadelphia, PA 19103
Telephone: (215) 965-1200
Fax: (215) 965-1210
smaslowski@akingump.com
rmunoz@akingump.com
kmoy@akingump.com
nkyritsis@akingump.com

Anthony T. Pierce (admitted *pro hac vice*)
Golda Lai
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Fax: (202) 887-4288
apierce@akingump.com
laig@akingump.com

*Attorneys for Plaintiffs AptarGroup, Inc. and Aptar France SAS*

COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Fax: (212) 479-6275
bgolger@cooley.com
rproper@cooley.com
ajacob@cooley.com

Chad Shear (*pro hac vice*)
Kenneth Rollins (*pro hac vice*)
COOLEY LLP
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone: (858) 550-6000
Fax: (858) 550-6420
cshear@cooley.com
krollins@cooley.com

Laura Elliott (*pro hac vice*)
COOLEY LLP
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606-1511
Telephone: (312) 881-6500
Fax: (312) 881-6598
lelliott@cooley.com

*Attorneys for Defendants ARS Pharmaceuticals, Inc. and ARS Pharmaceuticals Operations, Inc.*