UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APTARGROUP, INC., et al.,

Plaintiffs,

-v-

ARS PHARMACEUTICALS, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 2545 (DEH) (SLC)

ARS PHARMACEUTICALS OPERATIONS, INC.,

Plaintiff,

-v-

APTARGROUP, INC.,

Defendant.

CIVIL ACTION NO. 26 Civ. 6319 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge

The Court held a telephone conference on October 27, 2026 (the "Conference") in AptarGroup, Inc., et al. v. ARS Pharmaceuticals, et al., No. 25 Civ. 2545 (DEH) (SLC) (S.D.N.Y.) (the "Trade Secrets Case") and ARS Pharmaceuticals Operations, Inc. v. AptarGroup, Inc., No. 26 Civ. 6319 (DEH) (SLC) (S.D.N.Y.) (the "Antitrust Case") to discuss the status of discovery. (See Trade Secrets Case, Dkt. No. 224 (the "Trade Secrets Transcript"); Antitrust Case, Dkt. No. 106 (the "Antitrust Transcript", together, the "Transcripts")).

The Court is in receipt of the letters filed in the Trade Secrets Case by both Plaintiffs AptarGroup, Inc. and Aptar France SAS ("Aptar") at Dkt. Nos. 241–42 (the "Aptar Request") and Defendants ARS Pharmaceuticals, Inc. and ARS Pharmaceuticals Operations, Inc. ("ARS") at Dkt. No. 243–44 (the "ARS Request", together, the "Requests"). The Requests seek to seal

portions of the Transcripts to "remove only information that could harm the parties and their business if it were disseminated beyond the parties and the Court." (Dkt. No. 241 at 2; see Dkt. No. 243 at 2 ("The portions of the [Transcripts] that ARS seeks to redact . . . consist of confidential and commercially sensitive business information . . .").

The proposed redactions are narrowly tailored (see Trade Secrets Case, Dkt. Nos. 241-1; 243-1), and they conform to the Amended Protective Order. (See Trade Secrets Case, Dkt. No. 132). In addition, "documents containing . . . sensitive business information are routinely sealed in this [D]istrict." Spectrum Dynamics Med. Ltd. v. GE Healthcare Tech, Inc., No. 18 Civ. 1186 (VSB) (KHP), 2026 WL 931622, at *2 (S.D.N.Y. Apr. 6, 2026). Accordingly, the Court **GRANTS** the Requests (Trade Secrets Case, Dkt. Nos. 241–44), and **APPROVES** the parties' proposed redactions to the Transcripts. (Trade Secrets Case, Dkt. No. 241-1;[1] 243-1). The unredacted Transcripts shall be placed under seal. (See Trade Secrets Case, Dkt. No. 224; Antitrust Case, Dkt. No. 106).

The transcriber is respectfully directed to apply the parties' redactions (Trade Secrets Case, Dkt. Nos. 241-1; 243-1) to the Transcripts and docket the redacted versions as the publicly viewable Transcript in the Trade Secrets Case and the Antitrust Case.

[1] Both parties publicly filed a proposed redacted version of the Transcripts (Trade Secrets Case, Dkt. Nos. 241-1; 243-1) and filed under seal a version with proposed redactions highlighted. (Trade Secrets Case, Dkt. Nos. 242-1; 244-1).

The Clerk of Court is respectfully directed to:

1. In the Trade Secrets Case: seal Dkt. No. 224 and close Dkt. Nos. 241 and 243.

2. In the Antitrust Case: seal Dkt. No. 106.

Dated: New York, New York
November 24, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**